IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | | |
|---|---|---|
| DAVID A. KRAUTH, | ) | Case No.  4:11-CV-00564-REL-RAW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF VOLUNTARY DISMISSAL |
| | ) | WITH PREJUDICE |
| RESURGENT CAPITAL SERVICES, LP, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Resurgent Capital Services, LP, and Plaintiff David A. Krauth, through their designated counsel of record, hereby stipulate and agree to dismiss the above action with prejudice pursuant to FRCP 41(a)(1)(A)(ii) and hereby provide notice to the Court of the same.

This stipulation for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety.  As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice.  The parties will bear their own attorneys fees and costs.

**ATTORNEYS FOR DEFENDANT**
**RESURGENT CAPITAL SERVICES, LP**

**/s/** Kristina M. Stanger
John T. Clendenin, AT0001529
Kristina M. Stanger, AT0000255
NYEMASTER, GOODE, WEST,
HANSELL & O'BRIEN, P.C.
700 Walnut, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Fax: 515-283-8045
 jtc@nyemaster.com
kms@nyemaster.com

**ATTORNEY FOR PLAINTIFF**
**JULIE A. KRAUTH**

/s/ L. Ashley Zubal
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, IA 50311
Telephone: 515-276-7211
Facsimile: 515-276-6280


## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of March 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to:


L. Ashley Zubal
Marks Law Firm, P.C.
4225 University Avenue
Des Moines, IA 50311
Telephone: 515-276-7211
Facsimile: 515-276-6280
**ATTORNEY FOR PLAINTIFF**


/s/ Kristina M. Stanger